**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: | Case No: 02-55340 |
| WILLIAM GEORGE DAVIS | |
| 6815 CERMAIC RD | Judge: C KATHRYN PRESTON |
| ROSEVILLE, OH 43777 | |

RENEA ELAINE DAVIS
3692 TWP RD 197 NE
CROOKSVILLE, OH 43731

SSN(S): XXX-XX-6641
XXX-XX-2626

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated: February 24, 2010      /s/ Frank M. Pees
                              Frank M. Pees
                              Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| WILLIAM GEORGE DAVIS & RENEA ELAINE DAVIS<br>6815 CERMAIC RD<br>ROSEVILLE, OH 43777 | 8.82 |